### Berkey *v.* Horn & Hardart Baking Co. et al., Appellants.

Argued September 14, 1970. *David L. Pennington,* with him *Liebert, Harvey, Herting, Short and Lavin,* for appellants; *Harris I. Weisbord,* for appellee.

Order affirmed.

### BoMyte Company *v.* L-Co Cabinet Corp., Appellant.

Argued September 16, 1970. *Sanford S. Marateck,* with him *Lark, Makowski and Marateck,* for appellant; *Carl Rice,* for appellee.

Order affirmed.

### Campbell Unemployment Compensation Case.

*John W. Campbell,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.